IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LORIE BOWDOIN,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 04-0566-CG-B** |
| **WARDEN DEESE,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice for petitioner's failure to exhaust her available state remedies.

**DONE and ORDERED** this 30th day of August, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE